# Affidavit of Daniel Hammond on behalf of the Defendants in this Associate Civil Case.

Case No. 25MT-AC00008 and Case No. 25MT-CC00008

IN THE 26TH CIRCUIT COURT OF MONITEAU COUNTY MISSOURI

I am Daniel L. Hammond (Danny) Affiant for the Defendants in the Associate Civil Case for Unlawful Detainer which has the case number: 25MT-AC00008.

My address is 28336 Paperwood Drive; Lincoln, MO. 65338

I have been a real estate developer since 1979 and a real estate Broker/Owner since 1999. I am semi-retired, and I no longer have a need for the Real Estate license since I work exclusively with my own properties, and I have not renewed it. I owned 50% of a mortgage company from 2004-2012 which we deregistered due to the foreclosure fraud situation which had become endemic with corruption by 2012. I often work as a real estate consultant and do that work extensively.

I am very knowledgeable about home loan documents and am acquainted with the antics of what is known as U.S. Bank as Trustee. This is not the name of the entity that is trying to step into the Burgoon case without any authority to do so at all.

The Entity is actually: U.S. Bank Trust Company, National Association and it is a trust bank within the U.S. Bancorp family. It is chartered as a national bank and operates under the Office of the Comptroller of the Currency (OCC). The name "National Association" signifies it is a national bank.

Key points about U.S. Bank Trust Company, National Association:

- **Parent Company:** U.S. Bancorp.
- **Type:** Trust bank.
- **Chartered by:** OCC.
- **Designation:** National Association.
- **Trust services:** Offers a range of trust services, including trust and estate planning, indenture trustee services, and corporate trust services.
- **Founding:** Established in 1997.

I am qualified to give my opinion on this case. I understand the importance of truthfulness when speaking on court cases and I am aware of the consequences of making false statements.

U.S. Bank Trust Company, National Association is the true name of the entity, and it is a trust bank by charter. It does act as a Trustee of Real Estate Mortgage Investment Conduits (REMIC TRUSTS which are often in the form of mortgage-backed securities. This entity does not have any contract duties involving default on home loans, foreclosures, dealing with a servicer, or naming or contracting a servicer. See Exhibit X "The U.S. Bank Trustee Department Brochure.

U.S. Bank claims in its Unlawful Detainer Petition that it bought the home at the foreclosure sale on 10/29/2024 at 12:30 pm.

This is not true. EastPlains Corporation the Substituted Trustee acting as auctioneer at the sale clearly showed on its website that the rules to bid on properties on that date first named "Bidders must attend the sale."

I, Danny Hammond, along with the Borrower Melinda Burgoon attended that sale on 10/29/2024. We arrived at 11:00 am and I introduced myself to the auctioneer, who would not reveal her name. I stood right by her side for the duration of the sale. There was only one interested bidder, and the unidentified auctioneer rejected his bid because his cashier's check was lower than the minimum.

The only people at the courthouse steps were the unidentified auctioneer, her unidentified helper, the rejected bidder, me, and Melinda Burgoon. We were still there when the auctioneer left at 12:40 p.m. We remained at the courthouse steps until 1:30 p.m. There was never anyone else standing there. Some people with courthouse business went up the steps and into the courthouse, but no one was there for the auction.

As the Trustee, U.S. Bank Trust Company, National Association only has duties that involve supervising the beneficiaries of the securities (the stock investors) the contractual needs of the stockholders such as seeing that payments coming in from loans are deposited into the beneficiaries' account and making sure that any payments due to the beneficiaries are paid as the contracts dictate. The Trustee can never own any property in its name, nor any part of the securities they are handling. They cannot be involved in any foreclosures or foreclosure activities.

This is all clearly defined in the U.S. Bank Trust Company, National Association brochure marked as Exhibit X which is an Exhibit in both case number 25MT-AC00008 and 25MT-CC00008.

**Rule 17. Plaintiff and Defendant; Capacity; Public Officers**

Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) Real Party in Interest.

(1) *Designation in General.* An action must be prosecuted in the name of the real party in interest.

U.S. Bank as Trustee is not the name of the entity, which very late in this process suddenly claimed that it purchased the home of the Burgoons. That is not possible. There have been many versions of the name US Bank used in foreclosures in all 50 states. U.S. Bank Trust Company, National Association has dealt with many lawsuits concerning trying to appear as if they are the party in interest in foreclosure cases. It is normal for this entity to make themselves very hard to serve, usually through the help of their attorneys. Attorney David Noyce has made use of continually changing his address, (Kansas and Rhode Island) law entity, as well as just refusing to take service in the two cases presently in Moniteau County Circuit Court.

The Plaintiffs are now ready to file for Judicial Notice concerning the Foreclosing Party taking actions in both cases using a fictitious name in violation of FRCP Rule 17(a).

This is the name of the foreclosing party as it represents itself in its Unlawful Detainer Petition: US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST, however the actual name of the party claiming to have purchased the Burgoon home at the foreclosure sale is: U.S. Bank Trust Company, National Association.

1. **Rule 17. Plaintiff and Defendant; Capacity; Public Officers**

Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) Real Party in Interest.

(1) *Designation in General.* An action must be prosecuted in the name of the real party in interest.

In Missouri's non-judicial foreclosure, the Plaintiff is analogous to the Defendant in the case to Void a Wrongful Non-Judicial Foreclosure.

Bidding rules on the Eastplains Corporation Website for 10-29-2024

## **EASTPLAINS CORPORATION**

- ## HOME
FORECLOSURE LISTINGS

## FAQ

How does someone purchase a property?

ANSWER:
EastPlains Rules to Bid at Sale: ==*Attend the sale at the county courthouse.*== Purchaser is required to pay 10% of purchase amount in certified funds (certified check payable to Eastplains Corporation) at the time of the sale. Remainder of funds must be wire transferred by 4:00 p.m. on the day of the sale. Exact terms of the sale control over anything contrary stated on this website.

Can I view the property before the sale?

ANSWER:
Neither the lender nor the trustee has access to the property therefore, access cannot be provided to prospective bidders.

How do I get wiring instructions?

ANSWER:

Contact our office at mofc@eastplainscorporation.com or 314-590-1470

I am Daniel Hammond and "I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

*[signature: Danny Hammond]*
Daniel Hammond Affiant