# Affidavit of Melinda J Burgoon on behalf of the Defendants in this Associate Civil Case.

Case No. 25MT-AC00008 and Case No. 25MT-CC00008

IN THE 26TH CIRCUIT COURT OF MONITEAU COUNTY MISSOURI

I am Melinda Affiant for the Defendants in the Associate Civil Case for Unlawful Detainer which has the case number: 25MT-AC00008.

My address is 32260 Theodore Rd, California, MO 65018

U.S. Bank claims in its Unlawful Detainer Petition that it bought the home at the foreclosure sale on 10/29/2024 at 12:30 pm.

This is not true. EastPlains Corporation the Substituted Trustee acting as auctioneer at the sale clearly showed on its website that in the rules to bid on properties on that date EastPlains Corporation first named #1 "Bidders must attend the sale."

I, Melinda Burgoon, along with Daniel Hammond attended that sale on 10/29/2024. We arrived at 11:00 am and Mr. Hammond tried to introduce himself to the auctioneer, who would not reveal her name. He stood right by her side for the duration of the sale. There was only one interested bidder, and the unidentified auctioneer rejected his bid because his cashier's check was lower than the minimum.

The only people at the courthouse steps were the unidentified auctioneer, her unidentified helper, the rejected bidder, me, and Daniel Hammond. We were still there when the auctioneer left at 12:40 p.m. We remained at the courthouse steps until 1:30 p.m. There was never anyone else standing there. Some people with courthouse business went up the steps and into the courthouse, but no one was there for the auction.

As the Trustee, U.S. Bank Trust Company, National Association only has duties that involve supervising the beneficiaries of the securities (the stock investors) the contractual needs of the stockholders such as seeing that payments coming in from loans are deposited into the beneficiaries' account and making sure that any payments due to the beneficiaries are paid as the contracts dictate. The Trustee can never own any property in its name, nor any part of the securities they are handling. They cannot be involved in any foreclosures or foreclosure activities.

This is all clearly defined in the U.S. Bank Trust Company, National Association brochure marked as Exhibit X which is an Exhibit in both case number 25MT-AC00008 and 25MT-CC00008.

## EASTPLAINS CORPORATION

- **HOME**

FORECLOSURE LISTINGS

## FAQ

How does someone purchase a property?

ANSWER:
EastPlains Rules to Bid at Sale: *Attend the sale at the county courthouse.* Purchaser is required to pay 10% of purchase amount in certified funds (certified check payable to Eastplains Corporation) at the time of the sale. Remainder of funds must be wire transferred by 4:00 p.m. on the day of the sale. Exact terms of the sale control over anything contrary stated on this website.

Can I view the property before the sale?

ANSWER:
Neither the lender nor the trustee has access to the property therefore, access cannot be provided to prospective bidders.

How do I get wiring instructions?

ANSWER:

Contact our office at mofc@eastplainscorporation.com or 314-590-1470

Affidavit of Melinda Burgoon regarding Missouri state circuit court 26 Moniteau County Circuit Court in California Missouri Case Number 25MT-AC00008

I am Melinda Burgoon and "I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

*/s/ Melinda J Burgoon*

Melinda J Burgoon

owner of the subject property at 32260 Theodore Rd, California, MO 65018