# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CENTRAL DIVISION

DAVID E. BURGOON, SR., et al.,   )

                           )

Plaintiffs,                )   Case No. 2:25-cv-04125-MDH

                           )

    V                      )

                           )

AARON JOHN MARTIN,      )

                           )

Defendant.             )

Plaintiffs' Motion For Leave To File A Response To Defendant's Motion To Dismiss, Out Of Time

Plaintiffs' have had an unexpected series of unfortunate events which were of a particularly serious nature and needed immediate attention. This motion is not an attempt to delay proceedings and Plaintiffs require a very short period of time to allow the filing of the Answer and this short amount of time should not cause any serious problems to the Defendants.

Plaintiffs' request the later date of July 19, 2025 to get the Response and Suggestions in Support of the Response.

Respectfully Submitted.

_Melinda Burgoon_       7/15/25

Melinda Burgoon             date

I, Melinda Burgoon, will mail an exact replica of this filed version to the attorneys of the Defendants who have been served by USPS first class on 07-16-2025.