# UNITED STATES DISTRICT COURT

Western District Of Missouri

Central Division

| | |
|---|---|
| David E Burgoon Sr, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | )  Case No. 2:25-cv-04125-MDH |
| V | ) |
| | ) |
| Aaron John Martin, et al., | ) |
| | ) |
| Defendants | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT MARTIN'S MEMORANDUM**
**IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

**The Plaintiffs now wish to respond to the Motion to Dismiss their Complaint:**

1.) The Plaintiffs object to the 3 general blanket premises in the Defendants Motion to Dismiss. The Defendant's counsel is either not aware or is intentionally blurring what the Plaintiffs' case is about. The Plaintiffs have not sued Aaron John Martin in his official capacity and it is the 11th Amendment which is the proper guide for the Plaintiffs to specifically sue Defendant Martin in his individual capacity and not in his official capacity. Plaintiffs are not suing Martin for what he did in an Unlawful Detainer Court. They are pleading that there could not have been a case for Martin to make a ruling in and the first reason that is true is because the alleged owner of the home a dubious "Real Estate Mortgage Investment Conduit" (REMIC) Trust with the name "VRMTG Asset Trust" does not exist and no one has said that it does. Neither this trust, nor U.S. Bank claimed to have suffered an injury in fact therefore there could be no Standing without which there was no Subject Matter Jurisdiction.

2.) That U.S. Bank National Association has not and will not say it is the owner of that home. The claim is that the VRMTG Asset Trust is somehow (not described in any documents) the owner and U.S. Bank claims it is operating, not in its individual capacity, but "solely as owner Trustee for VRMTG Asset Trust". These are the words filed into the state case by the attorney

in that case Mr. Noyce.  None of those words can help U.S. Bank Trust National Association, which is the real name of that entity, to meet the minimum requirements of  Standing.  U.S. Bank has no human that has made any of the claims that would allow them to be awarded the Plaintiffs home.  An attorney cannot make a claim for a corporation.  He or she can only represent a claim made by a person from the company.  There is no employee representing a claim for U.S. Bank in whatever its current alliteration is.  That is not allowed under the Rule 17 FRCP we will address below.

3.)  That the Plaintiffs have not and know they cannot sue the state of Missouri.  They know that judges have some immunity from being sued by parties in a case.  That is necessary.  In every case a judge will rule against one of the parties.  That party is not happy.  A judge is going to upset someone in every case he presides over.  If everyone could sue a judge because they are unhappy, no one would take the job of being a judge.  The Plaintiffs are not suing the state of Missouri.  Defendant's counsel's stunt cannot be admired for beginning  by saying that the Plaintiffs are suing the state and that they are suing the defendant Martin in his official capacity.  Those were the counsel's words not the Plaintiffs'.

4.)  That there is an exception to the 11th Amendment that the defense counsel knows full well, as do the plaintiffs.  The 11th Amendment recognizes and approves of some immunity for a judge who is working in his judicial capacity.   It protects the state and the judiciary from mountains of frivolous lawsuits.

5.)  That this exception, established in **Ex parte Young, 209 U.S. 123 (1908))**, is based on the idea that a state official who violates federal law is "stripped of his official or representative character" and is, therefore, not acting on behalf of the state.  The lawsuit is considered against the individual official, not the state itself, thus avoiding the Eleventh Amendment's bar.

Defendant's counsel may believe his state law trumps federal law.  It does not.  With no exceptions.  Counsel dispensed mis-information in his wildly incorrect definitions of limited jurisdiction and general jurisdiction.  We will cover that in this response.

6.)  That all federal law is based on the constitution.  All contract law, all civil law, is based on the Constitutional Doctrine of Cases and Controversies.  Borrowers have been misled for the last 25 years, this law should have given protection for them just as in any contract law case.  That has not been universally carried out.  If a judge moves a case forward without reviewing that case to see if the requirements for standing have been met, then he has deprived a party

of due process which cannot be done by a judge.  Therefore he was not a judge and when he moved the case forward he could not take immunity with it.  It was an act of Deprivation of Civil Rights.  It is all over the news right now.  It is the law. It is synonymous today with DUE PROCESS.   A judge cannot "ever" deprive anyone of a Constitutional Civil Right.  It cannot be done.  The framers took this very seriously.   There are very serious and specific laws regarding this subject.  The Doctrine of Cases and Controversies controls all courts in the land.  There are no state court laws that conflict with the constitution.

7.)  That Standing is a "Threshold" question.  You can't just take some stuff you wrote down and take it to the clerk of the court and you are magically a Plaintiff in a case.  It does not work like that at all.  **Rule 17** a civil right generally focuses on the identification of proper parties in a lawsuit and their capacity to sue or be sued. It ensures that the correct individuals or entities are involved in legal proceedings, promoting fairness and efficient administration of justice. This includes determining whether a party has the legal right to bring a claim or if they are subject to enforcement of a claim.

It is about the "Capacity to Sue or Be Sued":  **Rule 17** addresses the legal ability of individuals or entities to participate in a lawsuit.   For individuals, this is determined by the law of their domicile, while for corporations, it's determined by the law under which they were organized.

**Rule 17** is about ensuring that only Proper Parties can cross the threshold into a court to plead their Complaints:
.
**Rule 17** aims to ensure that lawsuits are brought by the parties who have the legal standing to do so, preventing issues with the validity of the judgment and ensuring the case is handled fairly.

Essentially, **Rule 17** acts as a foundational rule for determining who can sue and be sued, preventing complications and promoting the integrity of legal proceedings.

8.)  That a party wanting to have its case heard by any court must meet the minimum requirements of Standing.  That is difficult if you do not have a genuine dispute, but if you have a justiciable case it is easy and simple.

9.)  That this is a Constitutional question and it has been defined by past Supreme Courts, long ago.

**The Constitutional, Irreducible, Minimum Requirements of Standing** refers to the three core elements that a plaintiff must satisfy in order to establish Article III standing in U.S. federal court. These requirements ensure that a party has a sufficient stake in a controversy to seek judicial resolution.

As established by the U.S. Supreme Court (notably in *Lujan v. Defenders of Wildlife*, **504 U.S. 555 (1992)**), the three minimum requirements are:

### 1. Injury in Fact

The plaintiff must have suffered or be imminently threatened with a concrete and particularized injury that is actual or imminent, not conjectural or hypothetical.

Concrete: The injury must be real and not abstract.

Particularized: The injury must affect the plaintiff in a personal and individual way.

### 2. Causation

There must be a causal connection between the injury and the conduct complained of.

The injury must be fairly traceable to the challenged action of the defendant, and not the result of the independent action of some third party not before the court.

### 3. Redressability

It must be likely, as opposed to merely speculative, that the injury will be redressed by a favorable court decision.

The remedy sought must be capable of addressing the injury in some meaningful way.

**Summary:**

A plaintiff has standing under Article III of the Constitution only if they can show:

(1) a concrete and particularized injury,
(2) that is fairly traceable to the defendant's conduct, and
(3) is likely to be redressed by a favorable judicial decision.

These requirements are constitutional and cannot be waived by Congress or the courts. If a plaintiff lacks standing, the federal court lacks jurisdiction and must dismiss the case. State courts may take jurisdiction of a federal case, but they must use constitutional federal law. There are no exceptions.


EXAMPLES Of The Three Requirements:

**1. Injury in Fact**

An injury in fact requires that the plaintiff must demonstrate that they have suffered a real, actual, and specific injury, or that they will imminently suffer such an injury.

Example 1: Concrete Injury

Case: ***Lujan v. Defenders of Wildlife* (1992)**

Situation: The Defenders of Wildlife organization claimed that they had standing to challenge a rule by the U.S. government which reduced the scope of the Endangered Species Act in foreign countries. The group argued that it would harm their ability to observe and study endangered species.

Court's Decision: The Court ruled that the plaintiffs' alleged injury (not being able to observe endangered species) was not concrete and particularized enough. The plaintiffs did not show they would personally visit the affected regions. Therefore, the injury was hypothetical, not actual or imminent.

Example 2: Actual Injury
Case: ***Massachusetts v. Environmental Protection Agency* (2007)**

Situation: Massachusetts, a state, claimed that the EPA's failure to regulate greenhouse gas emissions contributed to rising sea levels, which directly harmed the state's coastline.

Court's Decision: The Court found that rising sea levels constituted a real and concrete injury to Massachusetts. This actual harm to the state's land made their injury particularized and concrete enough to satisfy standing.

**2. Causation**

The plaintiff must show that their injury is fairly traceable to the defendant's actions, not the result of independent actions by third parties.

Example 1: Causal Connection
Case: *Friends of the Earth, Inc. v. Laidlaw Environmental Services* **(2000)**

Situation: Environmental groups sued Laidlaw for discharging pollutants into a river, which harmed local ecosystems and affected the groups' ability to enjoy the area.

Court's Decision: The Supreme Court held that there was sufficient causation. The pollution discharge by Laidlaw was directly traceable to the harm to the groups' members who used the river. Even though there was no proof that specific discharges caused particular injuries, the causal link was direct and not dependent on third-party actions.

Example 2: Lack of Causation
Case: *Lujan v. Defenders of Wildlife (1992) (again)*

Situation: The plaintiffs argued that a government regulation harmed endangered species, and their members could not visit these species due to habitat destruction.

Court's Decision: The Court ruled that the injury was not fairly traceable to the government's action. Since the plaintiffs did not show how their own personal interest would be directly affected by the regulation, the injury wasn't causally linked to the defendant's action.

**3. Redressability**

The plaintiff must demonstrate that the court can provide a meaningful remedy that will address the injury.

Example 1: Redressable Injury
Case: **Massachusetts v. Environmental Protection Agency (2007) (again)**

Situation: Massachusetts sued the EPA for not regulating greenhouse gases, which contributed to rising sea levels.

Court's Decision: The Court concluded that a favorable ruling for Massachusetts would redress the injury by requiring the EPA to regulate greenhouse gas emissions, thus addressing the rising sea levels affecting the state's coastline. Therefore, the injury was redressable.

Example 2: Non-Redressable Injury
Case: **Allen v. Wright (1984)**

Situation: Parents sued the IRS for allegedly failing to deny tax-exempt status to private schools that discriminated on the basis of race, thus harming their children by perpetuating segregation.

Court's Decision: The Court ruled that the injury was not redressable. Even if the IRS had acted to revoke tax-exempt status, it was unlikely to remove the segregation that already existed in those schools. The plaintiffs' injury was too indirect and the remedy too speculative to be redressable.


Redressability: The court must be able to redress the injury through its decision (e.g., **Massachusetts v. EPA).**

These examples show how the Court applies these standing principles in different cases, helping ensure that only those who have a direct stake in a matter can bring it to court.

10.)  That the Rooker Feldman doctrine pleading is a carny ruse, it is a non-starter.  That process is predicated on a case that has been adjudicated legally.  This case is about an alleged although mysterious claimant of ownership of a home that the Plaintiffs had an ongoing wrongful non-judicial case going on when U.S. Bank by-passed that case and filed an Unlawful Detainer based

on a statement that cannot be true. They, and others, which are starting to look like an "enterprise" involved in this case were trying to use Missouri's abysmal Unlawful Detainer law which does not allow a rightful owner to dispute title, ownership, or possession. But, that is the point here. That law standing alone makes sense. If the Plaintiff can prove his ownership then nothing bars him from Unlawful Detainer.

11.) That we must remember as has already been pointed out. U.S. Bank made no attempt whatsoever to Answer in the wrongful foreclosure case and, in fact, dodged all attempts to serve it. U.S. Bank has produced no claim of injury in an Answer as was their only chance to do so in a timely manner. U.S. Bank has produced no evidence of ownership of the remaining debt, if there is any. U.S. Bank has not claimed to have suffered any injury. U.S Bank has not provided any consideration to demonstrate ownership of any debt. U.S. Bank has not provided any concrete or particularized evidence of having "fairly traced" the causation of any injury in fact to the Plaintiffs here. U.S. Bank has not addressed redressability.

12.) That U.S. Bank National Association has not even attempted to meet the minimum requirements of Standing, so there can be no Standing, which is the component of Subject Matter Jurisdiction. All of this was introduced in the void Unlawful Detainer case brought by U.S. Bank National Association for a non-existent REMIC Trust that cannot be found and will never be found. It was included for then Judge Martin to see. All he had to do was the right thing. He did not. He ruled on a case that the Plaintiff cannot possibly have demonstrated standing. He had no Subject Matter Jurisdiction. He had only one move. Dismiss that case. He ruled anyway.

13.) That it was not introduced into the cases, which would not have mattered, the only claim by U.S. Bank of any kind was, "The Plaintiff is the current owner of the property pursuant to the recorded Successor Trustee's Deed and therefore has standing to bring this suit. That is not true. U.S. Bank, or at least, its attorney claims that U.S. Bank National Association bought the property at the non-judicial foreclosure sale which was conducted by EastPlains Corporation the Successor Trustee or auctioneer. EastPlains had some very simple rules which are included in the Exhibits to this Complaint. Rule one is that "to bid you must attend the sale." Plaintiff Melinda Burgoon and a Real Estate Consultant have filed affidavits into this docket that state they were at the sale before the auctioneer and after she left and there were no bidders. Then the Trustee's Deed is deeply suspect. It is not a good deed at all. Recording does not give it effect.

14.) That the Eighth Circuit recognizes only two exceptions to the judicial immunity doctrine: The doctrine's broad protection yields in two circumstances: "First, a judge is not immune from liability for nonjudicial actions, i.e., actions not taken in the judge's judicial capacity. Second, a judge is not immune for actions, though judicial in nature, taken in the complete absence of all jurisdiction."
**Boyer v. County of Washington, 971 F.2d 100, 102 (8th Cir. 1992) (quoting *Mireles v. Waco*, 502 U.S. 9, 11-12, (1991)**

15.) The Plaintiffs are contending that the Unlawful Detainer was not a case. There was no party with Standing. There had to be these words. There was an ongoing action of illegal foreclosure and there was no party stating that they had complained of an injury. In fact there is no one claiming the right to foreclose. Strange case. The automatic ruling in Missouri's Unlawful Detainer has only one caveat. There has to be a claim of injury and concrete and particularized evidence. Judges and attorneys in Missouri are avoiding Unlawful Detainer by the tens of thousands. Unlawful Detainer in Missouri would be fine if all of the Plaintiffs have proven Standing, Unlawful Detainer is not exempt from Constitutional Law as the Defendant counsel would like for us to believe. It is a myth that Missouri state law has even one law that supersedes Federal Law. That is what the Supremacy Clause demonstrates. That is why Deprivation of Civil Rights knows no state border.

16.) That Extortion is the word for much of this. It has the definitions that fit.

Extortion:   the act or practice of extorting especially money or other property
*especially* : the offense committed by an official engaging in such practice:  to obtain from a person by force, intimidation, or undue or illegal power known as color of law: *also* : to gain especially by ingenuity or compelling argument. It took 10 marked Sheriff's cars and more than ten uniformed officers to move 8 elderly and sick people from this home in a military style raid.

**Elliott v. Peirsol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828): In *Elliott v. Lessee of Piersol* (1828) 26 U.S. 328,** the Supreme Court ruled that *"'When a court has jurisdiction of the person and subject matter, it has a right to decide every question which occurs in the cause, and whether this decision be correct or otherwise, its judgment until reversed is regarded as binding in every other court."  "Where a court has jurisdiction, it has a right to decide every question which occurs in the cause; and whether its decision be correct or otherwise, its judgment, until*

*reversed, is regarded as binding in every other court. But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable but simply void."*

17.) That the issue of standing may be raised at any time. **(Article Ill of the U.S. Constitution)** (***Lacey v. BAC Home Loans Servicing, LP,*** **480 B.R. 13 (2012), United States Bankruptcy Court, D. Massachusetts, Bankruptcy No. 10-19903-JNF, Adversary No. 12-1249) (*Ibanez*, 458 Mass. At 651, 941 N.E.2d 40) (*Bailey v. Wells Fargo Bank, NA* (In re *Bailey*), 468 B.R. 464 (Bankr. D.Mass. 2012)) (*Bal/ v. Bank of New York, N*o. 4:12-CV-0144-NKL, 2012 WL 6645695, at *2 (W.D. Mo. Dec. 20, 2012) (*Williams v. Kimes*, 996 S.W.2d 43 (Mo. 1999))** *That Standing is a jurisdictional issue antecedent to the right to relief. Missouri Courts and Federal Courts are well settled on the matter. There is no court discretion. If Standing has not been proved by the offending party, then the court has no jurisdiction to hear the merits of the case. Importantly, courts have recognized that failure to satisfy all standing requirements may be dispositive in cases involving foreclosures."*

18.) That the Notorious U.S. Bank Trust National Association as An Alleged Trustee of some sort of a replica of a Real Estate Mortgage Investment Conduit (REMIC) Trust that cannot be found to exist, and U.S. Bank Trust Company, National Association has never tried to prove does exist. There are other acts which render any attempt of non-judicial foreclosure to be void ab initio", as the security instrument cannot hold or transfer the ownership of the debt pursuant to ***Carpenter v Longan* 83 U.S. 21 L.Ed. 313, 16 Wall. 271 {1872) APP.** from the ***Sup Ct Colorado Territory*,**) "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed. "***Norton v. Shelby County,*** **118 U.S. 425 p. 442.** Any movement forward by the Moniteau County court without Subject Matter Jurisdiction would not take along the judge's immunity and would be an intentional act of Deprivation of Civil Rights pursuant to the 5th and 14th Amendments to The United States Constitution.

**Maxim: Accessorium Principale Sequitur; - "The accessory follows the principal"; Origin - Latin; Explanation - The maxim explains that an accessory thing does not lead but follows the principal thing)**

19.) That nor did US Bank Trustee offer any "Concrete and Particularized Evidence" to prove that the oddly named REMIC VRMTG Asset Trust exists. Instead, it is a prop that US Bank Trustee named as The Real Plaintiff while trying through deception and a scheme or artifice, or of course, extortion, to take a home from American Citizens without even attempting to meet the Constitutional, Irreducible, Minimum Requirements of Article Ill Standing, pursuant to the Constitutional Doctrine of Cases and Controversies which is the controlling law of Standing. Without which there can be no Subject Matter Jurisdiction for the court, and <u>therefore there is no judge</u>.

## DUE PROCESS 5TH AND 14TH AMENDMENTS

20.) The Plaintiffs have been deprived of civil rights. Due Process is just one. But a very important one. Just watch any news channel tonight.

**Procedural Due Process-**

21) That **"Procedural due process"** concerns the procedures that the government must follow before it deprives an individual of life, liberty, or property. The key questions are: What procedures satisfy due process? And what constitutes "life, liberty, or property"?

Historically, due process ordinarily entailed a jury trial. The jury determined the facts and the judge enforced the law. In the past two centuries, however, states have developed a variety of institutions and procedures for adjudicating disputes. Making room for these innovations, the Court has determined that due process requires, at a minimum: (1) notice; (2) an opportunity to be heard; and (3) an impartial tribunal. **_Mullane v. Central Hanover Bank_ (1950).**

22.) That with regard to the meaning of "life, liberty, and property," perhaps the most notable development is the Court's expansion of the notion of property beyond real or personal property. In the 1970 case of **_Goldberg v. Kelly_,** the Court found that some governmental benefits—in that case, welfare benefits—amount to "property" with due process protections. Courts evaluate the procedure for depriving someone of a "new property" right by considering: **(1)** the nature of the property right**; (2)** the adequacy of the procedure compared to other procedures; and **(3)** the burdens that other procedures would impose on the state. **_Mathews v. Eldridge_ (1976).**

### *"Incorporation" of the Bill of Rights Against the States*

23.) That The Bill of Rights—comprised of the first ten amendments to the Constitution—originally applied only to the federal government. **_Barron v. Baltimore_ (1833**). Those who sought to protect their rights from state governments had to rely on state constitutions and laws.

24.) That one of the purposes of the Fourteenth Amendment was to provide federal protection of individual rights against the states. Early on, however, the Supreme Court foreclosed the Fourteenth Amendment Privileges or Immunities Clause as a source of robust individual rights against the states.

25.) That Standing Must Exist at The Time of The First Filing of Whoever, or Whatever is Claiming to Be the Foreclosing Party. The Definition of Article III Standing comes from the United States Constitution and is defined by the United States Supreme Court. That the foreclosing party defendants have established no facts in law. None are credited unless they are sworn; all facts must be under oath or affirmation. **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)**

26.) Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. **The judge is engaged in acts of treason**. The U.S. Supreme Court has stated that **"no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it".** See also **In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).** *Any judge or attorney who does not report the above judges for treason as required by law may themselves be guilty of misprision of treason*, **18 U.S.C. Section 2382**

Judges have no judicial immunity for criminal acts.

25.) A judge is not the court. **People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980).**

The U.S. Supreme Court has stated that *"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."*. Cooper v. Aaron, **358 U.S. 1, 78 S.Ct. 1401 (1958).**

*Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Missouri, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason* **(see**

below). **If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason. TREASON Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason.** *U.S. v. Will*, **449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980);** *Cohens v. Virginia*, **19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)** There are penalties for Treason. *Any judge or attorney who does not report the above judges for treason as required by law may themselves be guilty of misprision of treason*, **18 U.S.C. Section 2382**.

Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in **"fraud upon the court"**. In *Bulloch v. United States*, **763 F.2d 1115, 1121 (10th Cir. 1985),** the court stated *"Fraud upon the court is fraud which is directed to the judicial machinery itself It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."*

Fraud upon the court" *makes void the orders and judgments of that court. It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding*. **The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934)**

**Maxim:** ( *fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions.*"); ***Allen F. Moore v. Stanley F. Sievers*, 336 Ill. 316; 168 N.E. 259 (1929)**

(**"The maxim** *that fraud vitiates every transaction into which it enters ..."*); **In re Village of Willowbrook, 37 Ill.App.2d 393 (1962)**

*(*"It is axiomatic that fraud vitiates everything."*)*; **Dunham v. Dunham,** 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896)*; Skelly Oil Co. v. Universal Oil Products Co.,* 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949);**

**Thomas Stasel v. The Federal law,** *when any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.* **AMY** *In* **1994,** the U.S. Supreme Court held that **"Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified."**. **Liteky v. U.S.,** *114 S.Ct. 1147, 1162 (1994).* *That Court also stated that* **Section 455(a)** *"requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned."* **Taylor v. O'Grady**, **888 F.2d 1189 (7th Cir. 1989).** In *Pfizer Inc. v. Lord*, **456 F.2d 532 (8th Cir. 1972),** the Court stated that *"It is important that the litigant not only actually receive justice, but that he believes that he has received justice."* *"Recusal under* **Section 455** *is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself sua sponte under the stated circumstances."* **Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).** *None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law, and are of no legal force or effect. Should a judge not disqualify himself, then* **the judge is in violation of the Due Process Clause of the U.S. Constitution.** *United States v. Sciuto,* **521 F.2d 842, 845 (7th Cir. 1996) (**"The right to a tribunal free from bias or prejudice is based, not on **section 144, but on the Due Process Clause.**").

26.) Should a judge issue any order after he has been disqualified by law, and if the party has been <u>denied of any of his / her property,</u> then the judge may have been engaged in the <u>Federal Crime of "interference with interstate commerce".</u> The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However some judges may not follow the law. If you were a

non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself. However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that a judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. Notice that it states "disqualification is required" and that a judge "must be disqualified" under certain circumstances. JUDGE YOU HAVE BEEN AUTOMATICALLY DISQUALIFIED BY LAW. *The Supreme Court has also held that if a judge* wars against the Constitution, *or if he acts* without jurisdiction, he has engaged in treason to the Constitution. If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggests that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce. Courts have repeatedly ruled that judges have no immunity for their criminal acts. Since both treason and the interference with interstate commerce are criminal acts, no judge has immunity to engage in such acts.

The Plaintiffs believe this Response is dispositive and that there is no merit whatsoever in the Memorandum in Support of Motion to Dismiss. Plaintiffs request that the Defendant's Motion to Dismiss be denied and request again for a Stay or some other relief for the 8 wrongly illegally evicted occupants and owners of the subject property.

Respectfully Submitted,

*Melinda J Burger*     7/16/25