# UNITED STATES DISTRICT COURT

## For the Western District of Missouri

Central Division

| | |
|---|---|
| Homeowner sui juris pro se Plaintiffs ) | |
| David E Burgoon Sr ) | |
| Melinda J Burgoon ) | |
| ) | |
| Family member Plaintiffs living in the subject property ) | Case No. 2:25-cv-04125-MDH |
| Donna Cornett, 72, sister of Melinda Burgoon ) | |
| Monte Cornett, 54, Spouse of Donna Cornett ) | |
| Tiffany Eden, 34, lives in the subject property ) | |
| Nathaniel Parker, 3 yr old son of Tiffany Eden ) | |
| Adam Porter, 31, son of the Burgoons ) | |
| Dee Distler-Closser 51 yr daughter of Donna Cornett ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| Aaron John Martin in his Individual Capacity and ) | |
| not in his official capacity ) | |
| EastPlains Corporation, The Successor Trustee for hire ) | |
| Tony Wheatley in his individual capacity and ) | |
| not in his official capacity ) | |
| Darcy Thomas in her individual capacity and ) | |
| not in her official capacity ) | |
| U.S. Bancorp Impact Finance dba U.S. Bank National ) | |
| Association located at 800 Nicollet Mall in Minneapolis. ) | |
| John Does number 1 through 10 ) | |
| Defendants, ) | |

**PROPOSED AMENDED COMPLAINT AND REQUEST FOR EMERGENCY INJUNCTION**
Case Name - Burgoon et al v. Martin et al Case Number - 2:25-cv-04125-MDH

COMES NOW, the sui juris pro se Homeowner Plaintiffs, David E Burgoon, Sr and Melinda J Burgoon (Hereinafter "The Burgoons") who are "CHALLENGING THE STANDING" of "US Bank National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust", which is the name of the Plaintiff in the Associated Void Unlawful Detainer Case which found no claim of Injury and therefore had no party which had met the threshold minimum requirements of Standing to appear before the state court and present a case.

1.) That, U.S. Bank National Association is not even the correct name for this subsidiary of U.S. Bancorp which is the Holding Company for all of the U.S. Bank derivative companies, created by and belonging to U.S. Bancorp. U.S. Bancorp is no longer the name of the U.S. Bank Holding Company owning these other names, it is now U.S. Bancorp Impact Finance which has its headquarters located at 800 Nicollet Mall in Minneapolis.

2.) That the Plaintiffs, David E Burgoon, Sr and Melinda J Burgoon ARE CHALLENGING THE SUBJECT MATTER JURISDICTION of the Missouri State Circuit Court 26 of Moniteau County Case Number 25MT-AC00008 pursuant to a complete lack of review of the petition to determine if the Plaintiff had met the Constitutional, Irreducible, Minimum, Requirements of Standing.

3.) That for their Complaint against AARON JOHN MARTIN, as the Citizen that he was, when he moved this Void Case forward after having made no effort to review the Petition by U.S. Bank National Association to determine if the minimum requirements had been met for Constitutional Standing and therefore there was no Subject Matter Jurisdiction for the Missouri state court unlawful detainer petition filed by the plaintiff US Bank Trust National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust. Plaintiffs state without Standing and therefore without Subject Matter Jurisdiction Aaron John Martin inexplicably ruled in favor of the Plaintiff, US Bank Trust National

Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust and gave the home away to a Stranger to the Contract placing the Plaintiffs without their home and being in danger from the double jeopardy of having to pay twice for the home of The Plaintiffs in this case. There is another case in the Moniteau County Court concerning the foreclosure with no proof of being the party in interest before the Unlawful Detainer Court at all.

4.) That the Plaintiffs David and Melinda Burgoon state that they have never been in default with U.S. Trust Bank N.A. (which is the real name of the Plaintiff created by U.S. Bancorp the Holding Company.) The name US Bank Trust National Association is not registered with the Secretary of State of Missouri's office. The Defendant had absolutely no legal basis for his ruling.


In Order to Determine:

5.) That the Plaintiffs are alleging that the judge has not met his duty and burden to review the Unlawful Detainer Petition to determine if the Plaintiff in that case has met the Constitutional, Irreducible, Minimum, Requirements of Standing. This is a threshold issue, there is no standing, so there can be no case. The judge has committed the violation of Deprivation of Constitutional Civil Right against the Plaintiffs in the Unlawful Detainer Circuit: Circuit 26 Case Number: 25MT- AC00008. This is Deprivation of "Due Process of Law" pursuant to the Constitutional Doctrine of Cases and Controversies as defined in the 5th and 14th Amendments in the United States Constitution. Due Process of Law is what protects all residents of the United States of their rights to Life, Liberty, and most precious to the Plaintiffs, Property.

6.) That Aaron John Martin betrayed his oath to the constitution therefore he is at war with the constitution, and he has committed treason and interference with interstate commerce, and, of course, committed the act of Deprivation of Civil Rights against David E Burgoon, Sr and Melinda J Burgoon who are the owners of the subject property at 32260 Theodore Rd California, MO 65018. Mr. and Mrs. Burgoon are the Plaintiffs in this Deprivation of Civil Rights case, as well as the other family members who were and are in all stages of actual physical injury. No one was allowed to take any of their

belongings, and none had anywhere to go as the temperature rose immediately into the upper 90-degree range, with 100+ degree heat indexes.

They are all in truly dangerous situations because Aaron John Martin was unhappy with the Burgoons for filing a Complaint against his ruling with no substance for handing their $800,000 home to a Stranger to the contract who had no right to accept it, all of which cannot possibly have been done for justice or due process reasons. The Plaintiffs cannot understand what kind of people these are, and why this is happening. The moment the uniformed Sheriff's people came in the house they began to destroy the drapes, chairs and they made an intentional show of it and described that everything was going to be hauled away and destroyed.

7.) That, here, is a roster of the others in the home and the conditions they lived with before the raid.

Donna Cornett, sister of Melinda Burgoon is supposed to be on a heart monitor. It is in the house.

Monte Cornett, Disabled, and suffers from PTSD and diabetes for which he must take insulin. He was not allowed to get it from the home.

Tiffany Eden, 34, lives in the subject property

Nathaniel Parker, 3 yr old son of Tiffany Eden

Adam Porter, 31yr old son of the Burgoons

Dee Distler-Closser 51 yr daughter of Donna Cornett

Everybody is on the verge of mental breakdown, for some even a stress induced heart attack like Donna - her doctor wants her on a heart monitor, and she is extra stressed trying to keep Monte calm. He is diagnosed PTSD as it is, so he is confused and upset. He also takes insulin and must have two shots per day. These things too are in the home. Everyone had medications left behind.

David Burgoon is 72. His drive to work now is 3 hours round trip. He has worked his entire life to provide, and these defendants and a host of characters acting in concert that fits within the requirements of a Racketeering Influenced Corrupt Organizations Act "Enterprise" are trying to just steal his home and all of his equity using the United States justice system. He takes high blood pressure medicine, high cholesterol medicine. All of which are inside the house. He does not deserve this.

8.) That everyone's belongings, which is everything they have in the whole entire world have been stolen from them under color of law. Vehicles, Motorcycles, Entire wardrobes from Work clothes to casual clothes, work issued equipment necessary to do their jobs, Livestock, pets that are still inside the home... everything, and casenet entries have been tampered with. There was no notice, no posting, no warning at all. Everybody is on the verge of mental breakdown, for some even a stress induced heart attack like Donna - her doctor wants her on a heart monitor which is in her bedroom in the house, and she is extra stressed trying to keep her husband Monte calm. Everyone had medications left behind.

9.) That all of the Plaintiffs are stating a Challenge to the Standing of the foreclosing party, pursuant to The Doctrine of Cases and Controversies. The Plaintiff has no Standing so the Unlawful Detainer Court in Moniteau County Associate Circuit Court cannot possibly have or have had Subject Matter Jurisdiction.

## Count I

### DEPRIVATION OF CIVIL RIGHTS UNDER COLOR OF LAW
### Due Process
### The Right To Quietly Enjoy The Property That They Own
### Plaintiffs are stating that this Complaint is based on a Federal Question

Pursuant to Violations of Due Process and the Constitutional Doctrine of Cases and Controversies as Defined in the 5th and the 14th Amendments to the UNITED STATES CONSTITUTION Which Form the Very Root Constitutional Laws Concerning the Threshold Issues of Standing and Subject Matter Jurisdiction, which Are Both Necessary Components Which Require a Plaintiff (Which Is Analogous to a Defendant In a Non-judicial foreclosure) Or More Correctly a Foreclosing Party To Prove That They Have An Injury And provide Concrete And Particularized Evidence Proving It Before They Can First Bring A Case Before Any Court.

THIS IS A FEDERAL QUESTION AND The Plaintiffs ARE INVOKING FRCP 42 U.S. Code §1983 - Civil Action for Deprivation of Civil Rights and Title 18 § 242 Which Makes It a Crime for A Person Acting Under Color of Law to Willfully Deprive a Person of a Right or Privilege protected by the Constitution or Laws of The United States.

Plaintiffs claim they have suffered injuries in fact, and that they will prove this claim with concrete and particularized evidence in this Complaint, and that they and other members in the family (see additional Plaintiffs) have suffered injuries and that these injuries are getting worse and that they are about to suffer further ever more serious injuries from the wrongful eviction without any warning and that the imminent daily threats of having multiple medications and all of their belongings locked in their house which was taken over military style with a very dubious writ that has a hand stamped date and a machine stamped date and the case was being held under review until the morning of the illegal eviction. The writ appeared that afternoon on casenet.

Plaintiffs Are Requesting An Emergency Injunction Or Stay As The Problems Caused By The Defendants With Absolutely No Rights will very quickly become much, much worse.

Plaintiffs state that their uncontroverted concrete and particularized evidence demonstrates that they have all suffered injuries in fact and that the causation of their injuries can be "fairly traced" to defendants Eastpoint Corporation which created an unsupported and fraudulent Trustee's Deed and US Bank National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust" which used the Deed of Trust in a RICO styled Enterprise to deceive and intimidate citizens and try to steal a home from plaintiffs and which is not registered to do business at the Missouri Secretary of State's Office or the Banking and Finance Department of the State of Missouri.

Count II

Using a Fraudulent Trustee's Deed Created By Defendants EastPlains Corporation, US Bank National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust" and nearly Every Employee of the Moniteau County Sheriff's Office involving Sheriff Tony Wheatley and Deputy Sheriff Darcy Thomas and Moniteau County Judge Aaron John Martin All Acting Together And Using This

Forged Deed as Well as Intimidation and Deceit "Under Color of Law" To Steal A Home and Property From Citizens of Missouri and the United States of America Inflicting Massive physical and Mental Injuries and Damages In A Heinous Scheme or Artifice In An Enterprise Like Racketeering Venture.

10.) That the Plaintiffs had been checking twice a day to see if a writ had been issued, but there was no entry at all until just one or two hours before 10 uniformed deputies using 10 marked cars, Two trucks pulling trailers but no notice was ever given. The "RAID" happened suddenly with no warning, and it was put in place by a Missouri state circuit court judge and a County Sheriff although the U.S. Bank entity had not and still has not made a claim of injury and provided no legal evidence of being the party in interest. It appears judge Martin and/or the Moniteau County Sheriff's thought they knew best and just took justice into their own hands. They presumed that the U.S. Bank entity was the "new" owner. Maxim: "Law is not presumed nor implied."

11.) Ten Sheriff's with no known authority came to raid in brutal military style and "throw out" members of a family much too old and frail to be intimidating to the ten marked Sheriff's cars, ten officers in uniform, two trucks and two trailers for taking loot. Under no authority they ordered the folks living in the house that they could take nothing. No clothes, computers, or food. 34 year old Tiffany Eden took her 3 year old son, but her toddler Maddie had to be left in the home. Maddie died very young. Baby Maddie's ashes were in an urn that her young mother Tiffany was trying to take out the door while carrying her 3 year old son Nathaniel who was crying and squirming. A Deputy made her put the urn with the ashes down and leave them in the home.

These victims were told that all of their belongings were going to be taken and burned or destroyed.

Here is a list of the rest of the desperadoes.
David Burgoon, 72, a manager with the Dollar store still working full time. He takes high blood pressure medicine, high cholesterol medicine. All of which are inside the house.
Melinda Burgoon 60 is the matriarch taking care of business at a most stressful time.
Donna Cornett 72 Melinda's sister. She is supposed to be on a heart monitor. It is in her bedroom at home. She is working to keep her husband Monte Cornett calm. He is disabled and has PTSD.

Monte Cornett is diabetic and requires 2 shots a day.

Adam, the Burgoon's 31-year-old son is trying to get everyone into somewhere to live. He is in a relationship with Tiffany Eden who still can't keep 3-year-old Nathaniel from having panic attacks and he asks over, and over, if those bad men are still coming to get them.

12.) Everyone had medications left behind. Everyone's belongings in the whole entire world - stolen from them. Vehicles. Motorcycles. Entire wardrobes from Work clothes to casual clothes, work issued equipment necessary to do their jobs, Livestock, pets that were in the home as the raid took place. Two cats are still in the house with no food or water. The family was told to leave them. They were told not to come back to the home or they would be arrested and jailed.

13.) That the Plaintiffs are the current owners of the Property pursuant to the recorded deed and have standing to bring this suit for Unlawful Eviction.

14.) U.S. Bank has only one claim, which is that they purchased the Defendant's home "at the sale". The Plaintiff attended the sale with a long-time real estate consultant and there was no bidding done at all. This was in contradiction to the rules set by the successor trustee East Plains Corporation. (See Affidavits Exhibits. Additionally, U.S. Bancorp, has a brochure regarding the "Duties Of A Corporate Trustee" that they hand out to the public which clearly shows that the duties of a Trustee include only the daily business of the beneficiaries, (or the stock investors) of the REMIC TRUST. The Trustee has no duties to default, overseeing the Servicer, foreclosing, and certainly not traveling to a foreclosure sale. (SEE Exhibits: Filed Affidavits)(U.S. Bank "Duties of the Trustee" Brochure) (An Executive Summary position paper put out at the height of the Wall Street Meltdown by the American Bankers Association, Corporate Trust Committee due to much criticism that lenders and false lenders were wrongfully foreclosing on Borrowers using the help of the corporate Trustees')(and a description of The Trust Indenture Act of 1939)

15.) That in the Plaintiffs brief statement in the egregious short ruling on the Unlawful Detainer made no mention of the Plaintiff claiming and proving an Injury in Fact pursuant to the Constitutional Doctrine. Each of the Plaintiff's citations are of no use in proving Standing in this Article III Standing

Case. Each of the state citations "presumes that the foreclosing party has already established standing." Law is not presumed or implied.

FRCP- Rule 12 B (6), US Bank failed to state a claim for which relief can be given. Judge Martin only had a swing and a miss on that. There was no relief that could be given. There is no way around the simple straight line thinking of the framers. What has been done here over the last several months and especially this week is a very dark side of justice.

Whoever US Bank is in this case, it has never mentioned Injury in Fact, nor presented "concrete and particularized" evidence. The Plaintiff has used two names for itself.

US BANK TRUST NATIONAL ASSOCIATION

US BANK TRUST NATIONAL ASSOCIATION As Trustee, NOT IN ITS INDIVIDUAL CAPACITY, for VRMTG ASSET TRUST, Plaintiff,

16.) That there are no claims of injury or who may have caused any alleged injury and no "Concrete and Particularized" evidence included in the state of Missouri Unlawful Detainer Case which is the subject case of this Complaint. Pursuant to the Constitutional Doctrine of Cases and Controversies, which is federal law. There is no Standing in the Unlawful Detainer Case, which is associated with the non-judicial wrongful foreclosure case, which is ongoing, should have already been dismissed. "Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction, the court shall dismiss the action." FRCP Rule 12(h)(3) - This is a federal question. It concerns constitutional civil rights and the Supremacy Clause.

Maxim: No cause of action can arise from fraud...

17.) That the reason the Plaintiff in the subject unlawful detainer case did not attempt to meet the Constitutional, Irreducible, Minimum Requirement of Standing is that it cannot show an intact chain of title of the Promissory Note evidencing the remaining debt from the date of the loan closing to US Bank

National Association, not in its individual capacity but solely as owner Trustee for VRMTG Asset Trust" has never been a true party in interest in any purchase or other type of real transfer of the Defendants remaining debt, other than assignments of the Deed of Trust which cannot be assigned, as they follow the Promissory Note, and if such an assignment were to be recorded it would be a nullity and have no effect. Standing is a threshold question and only a party with Standing can be Allowed to Cross the threshold to gain entrance to a court to plead its case.

They presume injury. In law, Injury is not presumed.

18.) That, this Complaint, is based on the Lack Standing of the Plaintiff and therefore a total absence of Court Subject Matter Jurisdiction pursuant to FRCP Rule 12 (b)(1) to Invoke their Rights to Challenge the Standing of the Defendants at any Time Under Article III of the United States Constitution as follows: That Article III of the Constitution of the United States and the Supreme Court have established an irreducible minimum set of requirements for a party in a genuine dispute to establish Standing. If Standing cannot be established all courts in the land must acknowledge that the court has no jurisdiction to hear any merits of a case and must dismiss the subject action. That the requirements are:

l.  The Plaintiff must claim and prove with concrete and substantive evidence that it has sustained an Injury in Fact.

2.  That the causation of this injury must be Fairly Traceable using the same burden of evidence to the Defendant.

3.  The court must be able to redress the injury with a ruling in favor of the injured party.

*Elliott v. Peirsol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828):* In *Elliott v. Lessee of Piersol* **(1828) 26 U.S. 328,** the Supreme Court ruled that *"'When a court has jurisdiction of the person and subject matter, it has a right to decide every question which occurs in the cause, and whether this decision be correct or otherwise, its judgment until reversed is regarded as binding in every other court.'"*

*"Where a court has jurisdiction, it has a right to decide every question which occurs in the cause; and whether its decision be correct or otherwise, its judgment, until reversed, is regarded as binding in every other court.*

*But if it acts without authority, its judgments and orders are regarded as nullities. They are not voidable but simply void."*

19.) That the issue of standing may be raised at any time. (**Article III of the U.S. Constitution**) (*Lacey v. BAC Home Loans Servicing, LP,* **480 B.R. 13 (2012),** United States Bankruptcy Court, D. Massachusetts, Bankruptcy No. 10-19903-JNF, Adversary No. 12-1249) (*Ibanez,* **458 Mass. At 651, 941 N.E.2d 40**) (*Bailey v. Wells Fargo Bank, NA* (In re *Bailey*), **468 B.R. 464 (Bankr. D.Mass. 2012)**) (*Bal/ v. Bank of New York,* **No. 4:12-CV-0144-NKL, 2012 WL 6645695, at \*2 (W.D. Mo. Dec. 20, 2012)** (*Williams v. Kimes,* **996 S.W.2d 43 (Mo. 1999)**) That Standing is a jurisdictional issue antecedent to the right to relief. Missouri Courts and Federal Courts are well settled on the matter. There is no court discretion. If Standing has not been proved by the offending party, then the court has no jurisdiction to hear the merits of the case. Importantly, courts have recognized that failure to satisfy all standing requirements may be dispositive in cases involving foreclosures."

20.) That the Notorious U.S. Bank Trust National Association as An Alleged Trustee of some sort of a replica of a Real Estate Mortgage Investment Conduit (REMIC) Trust that cannot be found to exist, and which U.S. Bank Trust Company, National Association has never tried to prove does exist. There are other acts which render any attempt of non-judicial foreclosure to be void ab initio", as the security instrument cannot hold or transfer the ownership of the debt pursuant to *Carpenter v Longan* **83 U.S. 21 L.Ed. 313, 16 Wall. 271 {1872} APP. from the Sup Ct Colorado Territory,**) "An unconstitutional act is not law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed. *"Norton v. Shelby County, 118 U.S. 425 p. 442.* Any movement forward by the Moniteau County court without Subject Matter Jurisdiction would not take along the judge's immunity and would be an intentional act of Deprivation of Civil Rights pursuant to the 5th and 14th Amendments to The United States Constitution.

Maxim: Accessorium Principale Sequitur; - "The accessory follows the principal"; Origin - Latin; Explanation - The maxim explains that an accessory thing does not lead but follows the principal thing)

21.) That nor did US Bank Trustee offer any "Concrete and Particularized Evidence" to prove that the oddly named REMIC VRMTG Asset Trust exists. Instead, it is a prop that US Bank Trustee named as The Real Plaintiff while trying through deception and a scheme or artifice, to take a home from American Citizens without even attempting to meet the Constitutional, Irreducible, Minimum Requirements of Article III Standing, pursuant to the Constitutional Doctrine of Cases and Controversies which is the controlling law of Standing. Without which there can be no Subject Matter Jurisdiction for the court, and therefore there is no judge.

## DUE PROCESS 5TH AND 14TH AMENDMENTS

22.) The Plaintiffs have been deprived of civil rights. Due Process is just one. But a very important one.

### Procedural Due Process-

"Procedural due process" concerns the procedures that the government must follow before it deprives an individual of life, liberty, or property. The key questions are: What procedures satisfy due process? And what constitutes "life, liberty, or property"?

Historically, due process ordinarily entailed a jury trial. The jury determined the facts, and the judge enforced the law. In the past two centuries, however, states have developed a variety of institutions and procedures for adjudicating disputes. Making room for these innovations, the Court has determined that due process requires, at a minimum: (1) notice; (2) an opportunity to be heard; and (3) an impartial tribunal. *__Mullane v. Central Hanover Bank__* (1950).

With regard to the meaning of "life, liberty, and property," perhaps the most notable development is the Court's expansion of the notion of property beyond real or personal property. In the 1970 case of

*Goldberg v. Kelly,* the Court found that some governmental benefits—in that case, welfare benefits—amount to "property" with due process protections. Courts evaluate the procedure for depriving someone of a "new property" right by considering: (1) the nature of the property right; (2) the adequacy of the procedure compared to other procedures; and (3) the burdens that other procedures would impose on the state. *Mathews v. Eldridge (1976).*

*"Incorporation" of the Bill of Rights Against the States*

The Bill of Rights—comprised of the first ten amendments to the Constitution—originally applied only to the federal government. *Barron v. Baltimore* **(1833)**. Those who sought to protect their rights from state governments had to rely on state constitutions and laws.

One of the purposes of the Fourteenth Amendment was to provide federal protection of individual rights against the states. Early on, however, the Supreme Court foreclosed the Fourteenth Amendment Privileges or Immunities Clause as a source of robust individual rights against the states.

23.) That Standing Must Exist at The Time of The First Filing of Whoever, or Whatever is Claiming to Be the Foreclosing Party. The Definition of Article III Standing comes from the United States Constitution and is defined by the United States Supreme Court. That the foreclosing party defendants have established no facts in law. None are credited unless they are sworn; all facts must be under oath or affirmation.

*Cooper v. Aaron,* **358 U.S. 1, 78 S. Ct. 1401 (1958)**

24.) Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also **In Re Sawyer, 124 U.S. 200 (188); *U.S. v. Will,* 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); *Cohens v. Virginia,* 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).** Any judge or attorney who does not

report the above judges for treason as required by law may themselves be guilty of misprision of treason, *18 U.S.C. Section 2382*

## Judges have no judicial immunity for criminal acts.

25.) A judge is not the court. *People v. Zajic,* **88 Ill.App.3d 477, 410 N.E.2d 626 (1980)**.

The U.S. Supreme Court has stated that *"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."*. *Cooper v. Aaron,* **358 U.S. 1, 78 S.Ct. 1401 (1958).**

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below). If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, **124 U.S. 200 (1888)**, he/she is without jurisdiction, and he/she has engaged in an act or acts of treason. TREASON Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. *U.S. v. Will,* **449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980);** *Cohens v. Virginia,* **19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)** There are penalties for Treason. *Any judge or attorney who does not report the above judges for treason as required by law may themselves be guilty of misprision of treason,* **18 U.S.C. Section 2382.**

Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In *Bulloch v. United States,* **763 F.2d 1115, 1121 (10th Cir. 1985)**, the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

"Fraud upon the court" *makes void the orders and judgments of that court. It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding.* **The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934)**

Maxim: *(fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions.");* **Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929)**

("The maxim that fraud vitiates every transaction into which it enters ..."); **In re Village of Willowbrook, 37 Ill.App.2d 393 (1962)**

*("It is axiomatic that fraud vitiates everything.");* **Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949);**

**Thomas Stasel v. The Federal law,** *when any officer of the court has committed "fraud upon the court", the orders and judgment of that court are void, of no legal force or effect.* **AMY In 1994, the U.S. Supreme Court** held that *"Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality. If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified.".* **Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994).** That Court also stated that **Section 455(a)** *"requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned."* **Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).** In *Pfizer Inc. v. Lord,* **456 F.2d 532 (8th Cir. 1972),** the Court stated that *"It is important that the litigant not only actually receive justice, but that he believes that he has received justice." "Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse herself sua sponte under the stated circumstances."* **Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).** None of the orders issued by any judge who has been disqualified by law would appear to be valid. It would appear that they are void as a matter of law and are of no legal force or effect. Should a judge not disqualify himself, then the judge is in violation of the Due Process Clause of the U.S. Constitution. *United States v. Sciuto,* **521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").**

26.) Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of "interference with interstate commerce". The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. It has been said that this judge, acting in this manner, has no more lawful authority than someone's next-door neighbor (provided that he is not a judge). However, some judges may not follow the law. If you were a non-represented litigant, and should the court not follow the law as to non-represented litigants, then the judge has expressed an "appearance of partiality" and, under the law, it would seem that he/she has disqualified him/herself. However, since not all judges keep up to date in the law, and since not all judges follow the law, it is possible that a judge may not know the ruling of the U.S. Supreme Court and the other courts on this subject. **Notice that it states, "disqualification is required" and that a judge "must be disqualified" under certain circumstances.** JUDGE YOU HAVE BEEN AUTOMATICALLY DISQUALIFIED BY LAW. **The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution.** If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggests that he is then engaging in criminal acts of treason and may be engaged in extortion and the interference with interstate commerce. Courts have repeatedly ruled that judges have no immunity for their criminal acts. Since both treason and the interference with interstate commerce are criminal acts, no judge has immunity to engage in such acts.

**The Trustee Roles in Foreclosure:**

27.) That it is well known that US Bancorp and its subsidiaries have an organizational Brochure which is handed out daily to its customers detailing the duties that a Trustee of mortgage- backed securities can perform. **(See Exhibit X The U.S. Bancorp published brochure)**

A trustee for Mortgage-Backed Securities (MBS), can perform only a narrow set of duties:

-      They hold an interest in mortgage loans for the benefit of investors.

- They collect payments from the servicer and distribute them to the investor's accounts.
- They do not initiate foreclosures.
- They do not manage or maintain properties in foreclosure.
- They do not approve loan modifications.
-- They do not oversee or direct the actions of mortgage servicers.

The brochure even says that trustees like U.S. Bank Trust Company National Association have no advance knowledge of when a mortgage loan defaults. They are merely a placeholder, an administrative figurehead for the trust that pools together thousands of mortgages and sells them off as securities to investors who are then the beneficiaries of the Mortgage-Backed Security. The Trustee's main duty is to the business needs of the beneficiaries of the trust (stockholders).

28.) That U.S. Bank Trust Company National Association and other companies like them do not have Standing to foreclose and they will not say they do in the Complaints written by their Attorneys. In this instant case there was nothing written down which would give the Plaintiff Standing, or the court Subject Matter Jurisdiction.

29.) That the alleged Plaintiff in the unlawful detainer case, which is the subject of this complaint, does not state that. The Plaintiff only claims that it purchased the home "at the sale". However, in the newspaper publishing of the non-judicial foreclosure sale and in the online rules on the Successor Trustee EastPlains Corporation's website, it is clearly stated that to participate as a bidder at the sale the bidder had to attend the sale. It did not state any exceptions.

30.) That the Defendant Melinda Burgoon attended this sale along with a Missouri Real Estate broker/owner who has been a real estate consultant for 3 decades and was a 50% owner of a mortgage brokerage company in Missouri from 2004 to 2012. There were no bidders at the sale at the Moniteau County Courthouse during the duration of the sale. The Defendant (the plaintiff in this case) and the Real Estate Consultant were at the Moniteau County courthouse more than an hour before the EastPlains Corporation's Successor Trustee (allegedly crying the sale) employee arrived. The defendant and the consultant stood by at the sale and stayed for more than an hour after the employee and her assistant left.

31.) That Eastplains Corporation has filed a Motion to Dismiss in the wrongful foreclosure case in which they have tried every way they could think of to convince the court that they had done nothing wrong. But they both knew that Eastplains Corporation and US Bank Trustee were going to falsely claim US Bank Trustee purchased the home at the void sale which was performed by EastPlains Corporation.

32.) That without EastPlains fraudulent paperwork, ie. the Trustee's Deed handed out to U.S Bank Trustee even though according to their own rules US Bank could not have been at any sale and even if they had been, their own brochure would tell them that they shouldn't be.

33.) That two months after the sale US Bank Trustee did file an eviction case while there was already a wrongful foreclosure case ongoing. There had never been any communication whatsoever between the Plaintiffs and US Bank Trustee. The Foreclosing Party knew they were going to use an unreconciled and unestablished credit bid to sell the Plaintiffs' home to US Bank.

See Exhibit X: The US Bank Trust brochure states that:

The Trustees of REMIC Trusts do not initiate foreclosures.
- They do not manage or maintain properties in foreclosure.
- They do not approve loan modifications.
- They do not oversee or direct the actions of mortgage servicers.

34.) There was a clear plan that US Bank would file a very, belated Unlawful Detainer. The Plaintiffs had never heard of EastPlains Corporation or US Bank Trust. EastPlains Corporation has never prepared or distributed a "Reconciliation of the Disbursements" of the Proceeds from the sale of the home and delivered it to the Plaintiffs in this case.

(Regarding Defendants' rights to challenge assignments: In re: *Walter W. Lacey v. BAC Home Loans Servicing, LP* et al, U.S. Bankruptcy Court, D. Massachusetts, (2012).: stated:
*"This Court concludes that the Debtor has standing to challenge the validity of the foreclosure sale to the extent that there is an issue as to whether the entity conducting the foreclosure sale was the actual holder of the Promissory Note and mortgage by way of endorsement of the Promissory Note at the time of the notice and sale. See* **Ibanez, 458 Mass. At 651, 941 N.E.2d 40.** ("there must be proof that the foreclosure was carried out by a party that itself held the mortgage...the foreclosing entity must hold the mortgage at the time of the notice and sale in order accurately to identify itself as the present holder in the notice and in order to have authority to foreclose under the power of sale..."). (See also *Bailey v. Wells Fargo Bank, NA* {In re Bailey), 468 B.R. 464 (Bankr. D.Mass. 2012) {holding that the debtor had standing because her argument was not based on the breach of an underlying contract to which she was not a party; instead, her argument was aimed at the ownership of the mortgage at the time it was purportedly assigned).

**MAXIM: A piratis et latronibus capta dominium non mutant. "Things taken or captured by pirates and robbers do not change their ownership"**

**Black's Law Dictionary (Second Edition).djvu/10**

35.) That having a basic understanding of the trustee's limited role is important. Trustees like "US Bank Trustee" can be challenged on their standing to foreclose. If the trustee doesn't have the legal authority to act, the foreclosure can't proceed - at least not without a thorough examination of who actually holds the Promissory note and the remainder of the debt. This is where "the chain of title" becomes crucial. The servicer might claim they have the right to foreclose on behalf of the trust. The Servicer, formerly known as Specialized Loan Servicing and is also formerly known as SLS, LLC and is formerly known as NewRez, LLC, and is known now as NewRez, LLC d/b/a Shell Point Servicing, a fictitious name registered with the Missouri Secretary of State. This servicer is one of the multiple recipients of a void assignment of the Deed of Trust from the Burgoon closing.

**The Power of Information**

U.S. Bank Trust Company National Association's own brochure which is handed out to trust account customers is not hidden and it is easily acquired by homeowners facing foreclosure. It strips away the illusion that these big trustees have Standing to foreclose on a home. They don't.

36.) That, Standing is a Threshold Issue and without Standing there can be no case. Standing must exist at the very beginning of a case, or it can never exist at all. Standing once found to be deficient cannot be repaired. The belief that this big effort to slow down the Wrongful Foreclosure case and get US Bank Trustee in the position to evict the Plaintiffs in Missouri's awful Unlawful Detainer court before the Plaintiff/Homeowners could finish the foreclosure is misguided. The Unlawful Detainer case cannot even become a case. This is now a "federal question", or a Constitutional question. The Unlawful Detainer case was void when US Bank Trustee did not claim injury and prove it in the original filing of the case. It cannot be repaired now. That the foreclosing party defendants have established no facts in law. None are credited unless they are sworn; all facts must be under oath or affirmation. Article III Standing is a requirement in all state and federal courts in the United States. This requirement gives a party the "right to make a legal claim or seek judicial enforcement of a duty or right." Standing requirements for the federal courts are uniform and based upon constitutional requirements. For a fender to foreclose on a debtor's property, the lender must meet certain substantive constitutional requirements established by the doctrine of standing and prudential limitations required by rules of civil procedure.

37.) That Courts have stated that "[T]he concept of standing subsumes a blend of constitutional requirements and prudential considerations." The law of standing has its roots in Article III's Doctrine of cases and controversy requirement.

38.) That, /1/ The U.S. Supreme Court has established a three-part test for standing. The "irreducible, constitutional minimum of standing" requires the plaintiff to establish:

First... an "injury in fact"-an invasion of a legally protected interest which is

(a) concrete and particularized, and

(b) "actual or imminent," not

(c) "conjectural" or "hypothetical."

Second... there must be a causal connection between the injury and the conduct complained of. The injury has to be "fairly ...traceable] to the challenged action of the defendant, and not ... th[e] result [of] the independent action of some third party not before the court."

Third, it must be "likely", as opposed to merely "speculative", that the injury will be "redressed by a favorable decision." Because standing is a "threshold question," courts have stated that "a defect in standing cannot be waived; it must be raised, either by the parties or by the court, sua sponte, whenever it becomes apparent."

39.) That, the **Constitutional, Irreducible, Minimum Requirements Of Article III Standing** Include (In This Case) Making The Fantastic Claim Of Having Suffered A Contractual Injury For Which The Plaintiffs Were Somehow The Causation, even though The REMIC TRUST and US Bank Trustee never claimed that either of them had ever paid any consideration in order to improbably end up owning the remainder of the subject matter debt, if any. The Defendants had never had any communication with the US Bank entity. They had communication with six other entities claiming to be servicers.

40.) That we are now just scratching the surface of the collection of characters and co-- conspirators and the incompetent acts they committed to confuse and disorient the Plaintiffs. On the day of closing Legends Bank, an originating broker which claimed to the Plaintiffs that it was the Lender, endorsed the Promissory Note and a useless Allonge to Gershman Investment Corporation dba Gershman Mortgage who has not been seen or heard from since the fraudulent nonjudicial foreclosure Petition was filed. The Sheriff's Department of St. Louis County has

stated on two attempts to serve Gershman that Gershman Investment Corporation would not take the service. That is the name that Gershman allegedly was the beneficiary of an endorsement of the Promissory Note from the Linn Holding Company dba Legends Bank. Gershman also received an assignment of the Deed of Trust. There were 4 assignments of the one and only deed of Trust. These early assignments of the Deed of Trust were assigned and recorded on the day of the closing of the loan before the Burgoons had signed the documents for the closing.

41.) That there are five recordings of void Assignments of the Deeds of Trust to different entities of this circus.

42.) That Mortgages and Deeds of Trust cannot be assigned or transferred without the Promissory Note at all. These assignments were all recorded on the day of closing. Carpenter v Longan US Sup Ct 1872 from the Colorado Territories, "that the Promissory Note is essential, for it is the evidence of the debt. The mortgage (Deed of Trust) is incidental to the contract." There is no legal requirement for collateral in a loan. Yet that is all the Security Instrument is. It is the agreement between the Lender and the Borrower as to what, if anything, will be the security for the loan. "The "mortgage" must always follow the Note."

43.) That there is no value in the mortgage and there is no way to foreclose if it has been sold to a "Stranger to the Contract." The reason for all these assignments of the security instrument was to distract and confuse the Borrowers so that they would forget about the Promissory Note, which US Bank does not have, and they have been defendants in different courts many times on this very issue. That Additionally, the non-judicial foreclosure claims that multiple entities have received some kind of ownership of the Plaintiffs Remaining Debt Balance by assignment of the security instrument, the Deed of Trust, which should never have been attempted at all. (SEE EXHIBIT: ASSIGNMENTS OF THE SECURITY INSTRUMENTS.)

44.) That these attempted transfers are void ab initio. as the security instrument cannot hold or transfer the ownership of the debt pursuant to (Carpenter v Longan 83 U.S. 21 L.Ed. 313, 16 Wall. 271 (1872) APP. from the Sup Ct Colorado Territory,) "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed. "Norton v. Shelby County, 118 U.S. 425 p. 442. Any movement forward by this court without Subject Matter Jurisdiction would be an intentional act of Deprivation of Civil Rights of Due Process pursuant to the 5th and 14th Amendments to The United States Constitution. No Defendant in the Wrongful nonjudicial foreclosure case has ever mentioned the Promissory Note in any way.

**Maxim:** *Accessorium Principale Sequitur* - "The accessory follows the principal"; Origin - Latin; Explanation - The maxim explains that an accessory thing does not lead but follows the principal thing to which it is the accessory.

45.) Missouri has a Bill of Rights, and it has a constitution. Neither of those sets of law say anything about the Trustee's deed or Sheriff's deed being invulnerable to arguments. That is just in the state statute. It is just in the Statute itself. But, if the alleged foreclosing party will not write down and file the reason he thinks he can foreclose, then neither can the same foreclosing party show it can meet the requirements of Standing. They are the same issue. The foreclosing party cannot obtain a Trustee's Deed because without Standing there can be no legal Unlawful Detainer case opened. The Case is Void ab initio. Maxim: Fraud vitiates all, even the most solemn contracts and judgments.

46.) That Standing is a threshold question based on the "case or controversy" requirement of Article III and cannot be waived. Without standing, a party is not properly before the court to advance a cause of action. That in *"United States v. AVX Corp., 962. F.2d 108, 116 n.7 (1st Cir. 1992) (emphasis added); see also Pershing Park Villas Homeowners Assn' n v United Pac. Ins Co., 2.19 F.3d 895, 899-900 (9th Cir. 2000)* (noting that standing is a threshold question based on the "cases or controversy' requirement of Article III" of the Constitution and cannot be waived.} See *Farm Bureau Ins. Co. of Ark. V Running M Farms, Inc.* 237 S.W.3d 32, 36 **(Ark. 2006)** ("*ft is fundamental in American jurisprudence that in order to bring a lawsuit against an opposing party, one must have standing to do so. Without standing, a party is not properly before the court to advance of Article* action") see also Robert T. Mowrey et aql., Issues Arising in Connection with the Foreclosure or Other Enforcement of the Securitized Loan, in MORTGAGE AND ASSET BACKED SECURITIES LITIGATION HANDBOOK, supra note 45, § 5:99, § 5:110 (providing a general overview of standing relating to securitization litigation). That **"without evidence demonstrating the circumstances under which it received an interest in the note and mortgage, a Foreclosing Party cannot establish itself as the holder."** (*Everhome Mortg. Co. v. Rowland* 10th Dist. No. 07AP-615, 2008-Ohio-1282, at 115) 25.) (In RE: MERS; United States Appeals Court Ninth Circuit) (See Fed. R. CIV. P. 12(h) (3): "If the court determines at any time that if lacks subject matter jurisdiction over the foreclosure, the court must dismiss the action". Plaintiffs Rights to Challenge Standing; Missouri Law concerning challenging Standing and therefore Subject Matter Jurisdiction of the court does not differ from that of any other state or Federal Law. Example and Excerpt from: **United States Court of Appeals FOR THE EIGHTH CIRCUIT, No. 08-1681, Jacqueline Gray; Windhover, Inc., Plaintiffs-Appellants, v. City of Valley Park, Missouri, Defendant-Appellee., On Appeal from the United States District Court for the Eastern District of Missouri.** Amici on behalf of Appellee. * Submitted: December 10, 2008 Filed: June 5, 2009 (Corrected; 06/11/2009)

Before LOKEN, Chief Judge, BEAM and ARNOLD, Circuit Judges. BEAM, Circuit Jurisdiction, *"We recognize that "[a]ny party or the court may, at any time, raise the issue of subject matter jurisdiction." (**GMAC Commercial Finance, LLC v. Dillard Dep't Stores, Inc.,** 357 F.3d 827, 828 (8th Cir. 2004)). And, even if neither party has raised the issue below, we are required to address it. (**Renne v. Geary,** 501 U.S. 312 (1991))* (discussing justiciability and ripeness for the first time before the Supreme Court; **FW/PBS, Inc. v. City of Dallas,** 493 U.S. 215, 230·31 (1990). 14 27.) *"Federal courts are not courts of general jurisdiction; they have only the power that is authorized by Article III of the Constitution and the statutes enacted by Congress pursuant thereto." (**Bender v. Williamsport Area Sch. Dist.,** 475 U.S. 534,541 (1986).) "The limitations imposed by Article III are usually referred to as the 'case or controversy' requirement."**Schanou v. Lancaster County Sch. Dist. No. 160,** 62 F.3d 1040, 1042 (8th Cir. 1995)* (quoting **Arkansas AFL-C/O v. FCC,** 11 F.3d 1430,1435 (8th Cir. 1993) (en banc)); see also **Valley Forge Christian College v. Americans United for Separation of Church & State, Inc.,** 454 U.S. 464, 471 (1982) ("Article III of the Constitution limits the 'judicial power' of the United States to the resolution of 'cases' **and** 'controversies.")*. This court defines "case or controversy" to require "a definite and concrete controversy involving adverse legal interests. **Mcfarlin v. Newport Special Sch. Dist.,** 980 F.2d 1208, 1210 (8th Cir.1992). "Federal courts must always satisfy themselves that this requirement has been met before reaching the merits of a case. Courts employ a number of doctrines to determine justiciability such as standing, ripeness, and mootness." **Schanou, 62 F.3d at 1042**.* Article III Standing represents perhaps the most important" of all Jurisdictional requirements. **FW/PBS, 493 U.S. at 231**. This doctrine "requires federal courts to satisfy themselves that the plaintiff (in this case due to the nature of non-judicial foreclosure the Plaintiffs as alleged borrowers are analogous to defendants which are contesting the foreclosing parties standing to collect money, declare default, or conduct a non-judicial foreclosure has alleged such a personal stake in the outcome of the controversy as to warrant [their] invocation of federal-court jurisdiction. "**Summers v. Earth Island Inst.,** 129 S. Ct. 1142, 1149 (2009)* (internal quotations and emphasis omitted).

In the normal course, the foreclosing party has the responsibility clearly to allege facts demonstrating that she is a proper party to invoke judicial resolution of the dispute and the exercise of the court's remedial powers. **Warth v. Seldin,** 422 U.S 490, 518 (1975). This assures the existence of that measure of concrete adverseness necessary to sharpen the presentation of issues necessary for the proper resolution of the constitutional questions. **City of Los Angeles v. Lyons,** 461 U.S. 95, 101 (1983). It is customary that "the court must accept all factual allegations in the complaint as true and draw all inferences in the plaintiff's favor" when making a determination on standing.

47.) That this is a federal question now. There is no Federal equivalent that will let an imposter evict a homeowner from their home. **Federal Rule 17a** states that only the real party in interest can claim to be the plaintiff. Therefore, there is no state law which can pre-empt the Supremacy clause and there is no eviction, or court or any other activity who is the claimant of the right to

collect money that was given but will not reveal the basis of his claim or the true identity of the Plaintiff.

48.) That the Plaintiffs have, at the beginning of this federal complaint, Challenged Standing and Subject Matter Jurisdiction in their Answer to the filing of the Unlawful Detainer. The judge that was assigned is now the Defendant in this Deprivation of Civil Rights case.

49.) That the Plaintiffs are invoking the Supremacy Clause. Missouri's Constitution allows for arguing equity, ownership and rightful possession. So does the Missouri Bill of Rights. The Missouri Unlawful Detainer statute cannot be used in a federal question case. None of the characters on the stage in this case can or even would claim an injury. If they claimed so, they would commit perjury. There is no case now. There really is no way that a case can begin now. Standing must exist at the filing. The judge must review it and report if there is any Standing by filing what he saw in the Complaint or Petition into the docket. That did not happen. This Unlawful Detainer Court is void and should be dismissed.

50.) That as far as what happens when state law conflicts with federal law, the answer lies in a doctrine known as <u>federal preemption</u>. Generally, the preemption doctrine states that when a federal law conflicts with state law, the federal law prevails. While states may make their own laws, they must meet or exceed the federal standard.

51.) That the <u>supremacy clause</u> is in <u>Article VI of the U.S. Constitution</u>. Article VI states that federal law is the "supreme law of the land." This clause means that judges in every state must follow the federal government's Constitution, federal laws, and treaties in matters directly or indirectly within the government's control.

52.) That the preemption doctrine comes from the supremacy clause. It states that federal law preempts state law when the laws conflict. Federal law also preempts state or local law if Congress intends to regulate an area and exclude the states. (Wyeth v. Levine).

53.) That the supremacy clause, found in Article VI of the U.S. Constitution, establishes that the Constitution, federal laws, and treaties of the United States are the supreme law of the land. This means that if there is a conflict between federal law and state law, federal law takes precedence. Article VI is the basis for essential constitutional rights. <u>A court without Standing and therefore without Subject Matter Jurisdiction has no jurisdiction to determine its jurisdiction.</u>

54.) That <u>It is the pleadings of the parties that determine jurisdiction.</u> (*a court cannot issue a ruling on the merits "when it has no jurisdiction" because "to do so is, by very definition, for a*

*court to act ultra vires." **Steel Co.***, **523 U.S. at 101-102, 118 S.Ct. 1003;**-- (Ruth Bader Ginsburg Justice of the Supreme Court of the United States) delivered the opinion of the Court:..**for "[j]urisdiction is power to declare the law,'1 and" without jurisdiction the court cannot proceed at all in any cause,' "523 U.S., at 94, {quoting Ex parte Mccardle, 7 Wall. 506, 514 (1868)}. RUHRGAS v. MARATHON OIL,** **526 U.S. 574 {1999}**

(Justice Thomas (US, Sup Ct)
dissenting:..*William Blackstone in his Commentaries identified the private rights to life, liberty, and property as the three "absolute'1 rights-so called because they "appertain[ed] and belong[ed] to particular men ... merely as individuals," not "to them as members of society [or] standing in various relations to each other"-that is, not dependent upon the will of the government. **1 W. Blackstone, Commentaries on the Laws of England 119 {1765} (Commentaries)**; see also Nelson, supra, at 567.[3 The protection of private rights in the Anglo-American tradition goes back to at least Magna Carta. The original 1215 charter is replete with restrictions on the King's ability to proceed against private rights, including most notably the provision that "[n]o free man shall be taken, imprisoned, disseised, outlawed, banished, or in any way destroyed, ... except by the lawful judgment of his peers and by the law of the land." A. Howard, Magna Carta: Text and Commentary 43 (1964).] Wellness Int'/ Network, Ltd. v. Sharif Wellness Int'/ Network, Ltd. v. Sharif, 575 U.S. 665 (2015) {this is cited by Thomas in his concurring opinion in **Axon Enterprise, Inc. v FTC 2023:** Justice THOMAS, concurring:.. "As I have explained, when private rights are at stake, full Article III adjudication is likely required. Private rights encompass "the three 'absolute' rights/ life, liberty, and property, "so called because they 'appertain and belong to particular men merely as individuals,' not 'to them as members of society or standing in various relations to each other'-that is, not dependent upon the will of the government." **Wellness Int'f Network, 575 U.S. at 713-714, 135 S.Ct. 1932** (dissenting opinion) (quoting 1 W. Blackstone, Commentaries on the Laws of England 119 (1765); alterations omitted). **Axon Enterprise, Inc. v. FTC, 143 S.Ct. 890 (2023)]** "Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." FRCP Rule 12{h)(3)*

55.) Thus, the Plaintiffs are arguing that AARON JOHN MARTIN as an Individual Citizen and not in his regular duties as a Missouri State Judge did commit acts of Deprivation of Civil Rights causing great injury against David E Burgoon Sr and Melinda Burgoon and to the family members named above and those acts caused injury and has brought an imminent threat of more injury if not stopped.  Plaintiffs will Request in the Prayer for an emergency stay or injunction to put all parties back to their original positions until the Plaintiff's protest and challenge to Standing and Subject Matter Jurisdiction have been reviewed by this court.  The Plaintiffs have demonstrated that the likelihood of the orders giving the home to a Stranger to the Deal and then ordering the Moniteau County Sheriff to conduct a clearly inhumane eviction

with no proof of any kind will not have any chance of being sustained. There is clearly no chance that there is any legal way for the Plaintiff in the Unlawful Detainer case, to have obtained ownership of the Burgoon's remaining debt because it is not allowed by law.

The U.S.Bancorp Brochure, The American Banker's Association Executive Summary alert letter, and the Trust Indenture Act of 1939 all clearly prohibit the U.S. Trust Bank as a Trustee from having any authority or rights to have anything to do with loans, default, servicing, purchasing, foreclosing on any loans.

56.) 42 U.S. Code§ 1983: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.
(R.S. § 1979; Pub. L. 96-170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104-317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.}

57.) And Under - 18 § 242 18 U.S. Code§ 242 - Deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I,§ 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. l. 100-690, title VII,§ 70191 Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103�322, title VI,

§ 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. l. 104-2941 title VI,§§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

Plaintiffs pray this court for an immediate injunction or Stay to allow the homeowners and their family members to return possession of the home to them until such time as someone produces something greater than their warranty deed. This is unlikely but there was no posting or notice or electronic posting on Missouri casenet. This injunction or stay would at least give the Plaintiffs time to put together a plan for a family that has gotten older and there are too many special needs to be worked out in the 14 minutes we have. There are security camera videos that the eviction troops did not find and we have videos we can produce to prove our accounts of what happened. We can find many of the medical records of the problems of some of our relations. But, we would need some time. But, someone is going to get very sick and die and we don't even have any of our belongings. Almost all of us have prescription medicines in the house that need to be taken. We would like the stay until this court determines the outcome. Thank you for considering.

Plaintiffs pray this court to find for the Plaintiffs and against the Defendant and to find that the Unlawful Detainer case should be declared void ab initio pursuant to the Constitutional Doctrine of Cases and Controversies and the lack of the court's Lack of Subject Matter Jurisdiction and to Quiet Title due to the large number of fraudulent recordings against the subject property and we ask for punitive damages for each party participating in the fraudulent recordings of the Security Instrument (Deed of Trust in MO.).

Plaintiffs pray this court to "grant such other and further relief as the court may deem to be just and proper under the district court's power pursuant to 28 U.S.C. § 2202," and to provide any "[f]urther necessary or proper relief based on a declaratory judgment or decree ... against any adverse party whose rights have been determined by such judgment."

Plaintiffs pray for this court to grant such other and further punitive relief that this court deems proper and necessary to demonstrate to others who are similarly situated the gravity of pursuing such illegal endeavors against other property owners.

Respectfully submitted

David E Burgoon Sr

Melinda J. Burgoon                              6/27/25