# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| DAVID E. BURGOON, SR., *et al.*, <br> Plaintiffs, <br> v. <br> AARON JOHN MARTIN, <br> Defendant. | Case No. 2:25-cv-04125-MDH |

## MOTION TO STRIKE OR DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant, the Honorable Aaron J. Martin ("Defendant" or "Judge Martin"), through counsel, moves the Court for to either strike Plaintiff's Second Amended Complaint (Doc. 18) or to dismiss all claims asserted against Judge Martin therein. Defendant brings this motion under Rules 12(b) and 15(a) of the Federal Rules of Civil Procedure on the grounds that:

1. Plaintiff has neither sought, nor received, leave to file the Second Amended Complaint, despite already amending once as a matter of right.

2. Plaintiffs' claims against Judge Martin are barred by the Eleventh Amendment to the extent Plaintiff sues Judge Martin in his official capacity.

3. Any damages claim against Judge Martin is barred by the doctrines of judicial immunity, qualified immunity, and official immunity.

4. It is appropriate for this Court to abstain from exercising jurisdiction over this suit under the *Rooker-Feldman* doctrine.

The above arguments are set out more fully in the accompanying Memorandum in Support of Motion to Dismiss Second Amended Complaint. For the reasons set forth, Judge Martin respectfully requests that this Court either strike the Second Amended Complaint (and then rule on the pending motion to dismiss) or dismiss Plaintiffs' claims in the Second Amended Complaint with prejudice and enter judgment accordingly.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Kevin M. Smith*
Kevin M. Smith
Deputy Chief Counsel – Litigation
Missouri Bar No. 51599
615 E. 13th St. Suite 401
Kansas City, Missouri 64106
Phone:     816.889.5016
Email:     kevin.smith@ago.mo.gov

*Attorney for Defendant, The Honorable Aaron Martin*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed with the Court via the Court's electronic case management system (CM/ECF) and will therefore be served on all counsel of record by operation of the CM/ECF system. Additionally, a copy of same is being mailed this same day to Plaintiff via first-class United States Mail, postage-prepaid, and also emailed to Plaintiff, using the following address information:

>Mr. David E. Burgoon, Sr.
>Ms. Melinda J. Burgoon
>32260 Theodore Road
>California, Missouri 65018

>*/s/ Kevin M. Smith*
>Attorney for Defendant,
>The Honorable Aaron Martin